REGINA CRANDALL, Appellant, v. UNION NEWS COMPANY, Respondent.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

BETTY FERRONE, Appellant, v. MINNIE FERRONE, Respondent, et al., Defendants.— No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

MARGARET GRANT, Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.